**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01121-001-PHX-GMS |
|       Plaintiff, | **ORDER** |
| v. | |
| Vivian A. Earle, | |
|       Defendant. | |

Pending before this Court are Defendant's:  (1) Motion for Inquiry (Doc. 419), (2) Motion to Correct the Record (Doc. 438), (3) Motion to Unseal Records (Doc. 439), and (4) Motion for Ruling (Doc. 441).

To the extent Mr. Earle's Motion for Inquiry (Doc. 419) is a request for bail pending appeal, that motion is denied. Mr. Earle has been convicted of five bank robberies in some of which he presented himself as armed.  The statute presumes that he shall be detained and Mr. Earle provides no reason to believe that he could demonstrate otherwise.  18 U.S.C. § 3143.

To the extent that Mr. Earle filed a motion to correct the recorder's transcript of the November 27, 2023 hearing (Doc. 438) to include a statement that the record does not reflect that he made, the motion is denied.

To the extent Mr. Earle moves to unseal all records in his court file except his medical records (or possible other private information), (Doc. 439) the Court generally

does not engage in redaction of individual docket entries, and thus does not unseal parts of documents or docket entries unless the redaction is provided in advance by the party requesting such redaction.  Therefore, to the extent he desires that individual documents be redacted from docket entries that are currently under seal for which he desires the seal to be removed, Mr. Earle shall provide the docket entry and specific page numbers which he requests to remain sealed for the court's consideration as to the feasibility of his request. Should he desire to pursue this request, he shall provide this list to the court within 30 days of the date of this order.

To the extent that Mr. Earle filed a motion for ruling (Doc. 441), the motion is denied as moot.

Dated this 20th day of December, 2024.

_G. Murray Snow_

G. Murray Snow
Senior United States District Judge

cc:  Dft.

- 2 -