**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-01121-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Vivian A. Earle, | |
| Defendant. | |

Pending before this Court are Mr. Earle's: (1) Motion to Unseal Records (Doc. 439); (2) Motion to Unseal Document (Doc. 446); (3) Motion to Reduce Sentence or for Early Release (Doc. 457); (4) Motion for Preserving Right to Reply (Doc. 464); and (5) Motion to Appoint Counsel to File Writ of Certiorari (Doc. 466).

The motions to unseal (Docs. 439 and 446) are granted as it pertains to unsealing docket numbers 126, 152, 153, 280 and 315.  The remainder of the documents Mr. Earle seeks to have unsealed in the two identical motions are not under seal.  Because the Motions at Doc. 439 and 446 are identical, this ruling stands for both motions.

Mr. Earle's Motion to Reduce Sentence or for Early Release (Doc. 457) is denied. Despite his assertions to the contrary, Mr. Earle is not a zero-point offender. (Doc. 394 at ¶ 71).  Nor does he meet the criteria for reduction under U.S.S.G. 4C1.1 as he used credible threats of violence in conjunction with his robberies.  He threatened tellers with what appeared to be handguns and spread a liquid substance on the counter and threatened to light it on fire.  Mr. Earle qualifies for no reduction in sentence or early release.  In

sentencing Mr. Earle for the crimes for which he was convicted, the Court, consistent with the law, did not impose a sentence that was greater than necessary to serve the purposes of 18 U.S.C. §3553(a).

Mr. Earle's Motion for Preserving Right to Reply (Doc. 464) is moot. The Court has already ruled on that motion. Which is without merit. (Doc. 438)

Mr. Earle's Motion to Appoint Counsel to file Writ of Certiorari (Doc. 466) is denied. The Ninth Circuit apparently did not appoint such counsel at the request of Mr. Earle, and he offers no authority suggesting there is any basis to do so here.

Dated this 11th day of September, 2025.

G. Murray Snow
Senior United States District Judge

- 2 -